| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D. | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>05/14/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn Street<br>Chicago, IL 60604 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member Emertius, Board of Trustees | ▇▇▇▇▇▇▇▇▇ |
| 2. Member, Board of Overseers | ▇▇▇▇▇▇▇▇▇ |
| 3. Member, Board of Directors | ▇▇▇▇▇▇▇▇▇ |
| 4. Trustee | Trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | �      - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on adult relative's mortgage | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. (Israel Bonds) | | None | K | T | | | | | |
| 2. IRA Acct #5 | C | Distribution | L | T | | | | | |
| 3. | A | Int./Div. | | | | | | | |
| 4. -Fidelity Cash Reserves | | | | | | | | | |
| 5. -Fidelity Government Income | | | | | Sold (part) | 11/26/13 | J | | |
| 6. -Fidelity Government Money Mkt | | | | | Sold (part) | 11/25/13 | J | | |
| 7. -Fidelity Ginnie Mae Fund | | | | | Sold (part) | 11/26/13 | J | | |
| 8. -Fidelity Canada | | | | | Sold (part) | 11/26/13 | J | A | |
| 9. Trust #1 - Account No. 2 | D | Dividend | P1 | T | | | | | |
| 10. | A | Royalty | | | | | | | |
| 11. -Sch AMT TF Money Market Fd (SWFXX) | | | | | Redeemed (part) | 01/02/13 | J | | |
| 12. | | | | | Redeemed (part) | 01/15/13 | J | | |
| 13. | | | | | Redeemed (part) | 01/28/13 | J | | |
| 14. | | | | | Redeemed (part) | 01/31/13 | J | | |
| 15. | | | | | Redeemed (part) | 02/01/13 | J | | |
| 16. | | | | | Redeemed (part) | 03/01/13 | J | | |
| 17. | | | | | Buy (add'l) | 04/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 04/04/13 | J | | |
| 19. | | | | | Redeemed (part) | 04/30/13 | J | | |
| 20. | | | | | Redeemed (part) | 05/01/13 | J | | |
| 21. | | | | | Redeemed (part) | 05/29/13 | J | | |
| 22. | | | | | Redeemed (part) | 05/31/13 | J | | |
| 23. | | | | | Redeemed (part) | 06/28/13 | J | | |
| 24. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 25. | | | | | Redeemed (part) | 07/01/13 | J | | |
| 26. | | | | | Buy (add'l) | 07/03/13 | K | | |
| 27. | | | | | Redeemed (part) | 07/29/13 | J | | |
| 28. | | | | | Redeemed (part) | 08/20/13 | J | | |
| 29. | | | | | Redeemed (part) | 09/03/13 | J | | |
| 30. | | | | | Redeemed (part) | 09/12/13 | J | | |
| 31. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 32. | | | | | Redeemed (part) | 10/01/13 | J | | |
| 33. | | | | | Redeemed (part) | 10/08/13 | J | | |
| 34. | | | | | Redeemed (part) | 11/04/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 11/15/13 | J | | |
| 36. | | | | | Redeemed (part) | 11/25/13 | J | | |
| 37. | | | | | Redeemed (part) | 12/04/13 | J | | |
| 38. | | | | | Redeemed (part) | 12/20/13 | J | | |
| 39. | | | | | Redeemed (part) | 12/23/13 | J | | |
| 40. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 41. | | | | | Buy (add'l) | 12/26/13 | L | | |
| 42. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 43. | | | | | Redeemed (part) | 12/30/13 | J | | |
| 44. -Sch AMT Tax-Free Money Mt fd (SWWXX) | | | | | | | | | |
| 45. -AT&T Inc. CS | | | | | | | | | |
| 46. -Archer-Daniels-Midland Co. | | | | | | | | | |
| 47. -Bank of America Corp | | | | | | | | | |
| 48. -Comcast Corp New CL A | | | | | | | | | |
| 49. -Grupo Televisa SA De CVF | | | | | | | | | |
| 50. -Intel Corp CS | | | | | | | | | |
| 51. -Marriott Intl Inc. Cl A CS | | | | | Sold (part) | 12/18/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Medtronic, Inc | | | | | | | | | |
| 53. -Schnitzer Stl Inds Cl A | | | | | | | | | |
| 54. -Teck Resources Ltd Cl BF | | | | | | | | | |
| 55. -Wynn Resorts | | | | | | | | | |
| 56. -Fidelity Govt Income Fund | | | | | | | | | |
| 57. -Buckeye Partners LP | | | | | | | | | |
| 58. -Hugoton Royalty Trust | | | | | Sold | 12/19/13 | J | | |
| 59. -Plum Creek Timber Co. | | | | | | | | | |
| 60. -Alcoa Inc | | | | | Sold | 07/01/13 | J | | |
| 61. -Citigroup Inc | | | | | | | | | |
| 62. -Wells Fargo 8.00% Pfd | | | | | | | | | |
| 63. -T Rowe Price Tax Free | | | | | | | | | |
| 64. -Vanguard GNMA Fund | | | | | | | | | |
| 65. -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | | | | | |
| 66. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | | | | | |
| 67. -Teradata Corp | | | | | | | | | |
| 68. -NCR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Blackrock Long Term Muni | | | | | Sold | 12/19/13 | L | | |
| 70. -Clough Global Oppty Fund | | | | | | | | | |
| 71. -Eaton Vance Enhanced | | | | | | | | | |
| 72. -Nuveen Core Equity Fund | | | | | | | | | |
| 73. -Pimco Global Stocks Plus | | | | | | | | | |
| 74. -Travelers Companies Inc | | | | | | | | | |
| 75. -Potash Corp Sask Inc | | | | | | | | | |
| 76. -Prologis Inc New | | | | | | | | | |
| 77. -Marriott Vacations | | | | | | | | | |
| 78. -Boeing Co | | | | | | | | | |
| 79. -Ford Motor Company | | | | | | | | | |
| 80. IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 81. | E | Distribution | | | | | | | |
| 82. -Schwab Bank | | | | | | | | | |
| 83. -Vanguard Energy | | | | | | | | | |
| 84. -Vanguard GNMA Fund | | | | | Sold (part) | 07/01/13 | K | | |
| 85. -Vanguard Short Term Invesmt Grade Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -TRowe Price New Era Fd | | | | | | | | | |
| 87. -Conocophillips | | | | | | | | | |
| 88. -Intl Business Machines | | | | | | | | | |
| 89. -Sequoia Fund | | | | | | | | | |
| 90. -Cerner Corp | | | | | | | | | |
| 91. -Citigroup Inc | | | | | | | | | |
| 92. -Devon Energy Cp | | | | | | | | | |
| 93. -Dominion Res Inc va | | | | | | | | | |
| 94. -Gafisa Adr | | | | | | | | | |
| 95. -Kinder Morgan Mgmt LLC | | | | | | | | | |
| 96. -Pimco Corp Income Fund | | | | | | | | | |
| 97. -Randgold Res Ltd Adr | | | | | | | | | |
| 98. -Tellabs Inc | | | | | Sold | 12/31/13 | J | | |
| 99. -Verizon Communications | | | | | | | | | |
| 100. -Frontier Communications | | | | | | | | | |
| 101. -Actavis Plc (formerly Warner Chilcott Plc) | | | | | | | | | |
| 102. -Harbor Bond Fund Inst Cl | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Janus Short Term Bd Fd | | | | | | | | | |
| 104. -Ridgeworth US Gov Sec | | | | | | | | | |
| 105. -TCW Total Return Bond | | | | | | | | | |
| 106. -Thompson Bond Fund | | | | | | | | | |
| 107. -Vanguard Short Term Bond | | | | | | | | | |
| 108. -Annaly Capital Mgmt | | | | | | | | | |
| 109. -Government Ppty Income Tr | | | | | | | | | |
| 110. -Ishares Iboxx Investop | | | | | | | | | |
| 111. -Ishares Msci Brazil Indx | | | | | | | | | |
| 112. -National Retail Pptys | | | | | | | | | |
| 113. -Plum Creek Timber Co | | | | | | | | | |
| 114. -Spdr Gold Trust | | | | | | | | | |
| 115. -Aluminum Corp China ADR | | | | | | | | | |
| 116. -Bank of America Corp | | | | | | | | | |
| 117. -Blackrock Enhcd Cap & Income | | | | | | | | | |
| 118. -Eaton Vance Tax Adv Div | | | | | | | | | |
| 119. -Visa Inc Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Guggenheim Enhanced Eqty Income Fund | | | | | | | | | |
| 121. -Potash Corp Sask Inc | | | | | | | | | |
| 122. -Phillips 66 | | | | | | | | | |
| 123. Trust #4 | D | Dividend | O | T | | | | | |
| 124. -Fidelity Tax-Free Money Market | | | | | | | | | |
| 125. -AT&T Inc Com | | | | | | | | | |
| 126. -Agnico Egle Mines Com NPV | | | | | | | | | |
| 127. -Alcoa Inc | | | | | | | | | |
| 128. -Anadarko Pete Corp | | | | | | | | | |
| 129. -Apple Inc | | | | | | | | | |
| 130. -Brocade Communications Sys | | | | | | | | | |
| 131. -Enbridge Energy Partners LP | | | | | | | | | |
| 132. -Govt Pptys Income Tr Com Shs | | | | | | | | | |
| 133. -Ishares Inc MSCI Canada Index Fd | | | | | | | | | |
| 134. -ITC Hldgs Corp | | | | | | | | | |
| 135. -Pimco Mun Income Fd II | | | | | | | | | |
| 136. -Range Resources Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -SPDR Ser Tr Morgan Stanley Tech | | | | | | | | | |
| 138. -Tata Motors Limited Adr Ea Rep | | | | | | | | | |
| 139. -Fidelity Canada (FICDX) | | | | | | | | | |
| 140. -American Century Tax Free Bond (TWTIX) | | | | | | | | | |
| 141. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | | | | | |
| 142. -BMO Intermediate Tax Free | | | | | | | | | |
| 143. -Pimco Total Return Class D (PTTDX) | | | | | | | | | |
| 144. -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | | | | | |
| 145. -Thornburg Ltd Term-Municipal Fund Cl A (LTMFX) | | | | | | | | | |
| 146. -Thornburg Strategic Munipal Income C (TSSCX) | | | | | | | | | |
| 147. -Vanguard GNMA (VFIIX) | | | | | | | | | |
| 148. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | | | | | | | | | |
| 149. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | | | | | |
| 150. -Hatteras Finl Corp Com (HTS) | | | | | | | | | |
| 151. College Fund 529 #1 (X) | None | | L | T | | | | | |
| 152. -Capital World Growth & Income Fund Class 529A (X) | | | | | | | | | |
| 153. -Fundamental Investors Class 529A (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Growth Fund of America Class 529A (X) | | | | | | | | | |
| 155. -New World Fund Class 529A (X) | | | | | | | | | |
| 156. -Washington Mutual Investors Fund Class 529A (X) | | | | | | | | | |
| 157. College Fund 529 #2 (X) | | None | M | T | | | | | |
| 158. -Capital World Growth & Income Fund Class 529A (X) | | | | | | | | | |
| 159. -Fundamental Investors Class 529A (X) | | | | | | | | | |
| 160. -Growth Fund of America Class 529A (X) | | | | | | | | | |
| 161. -New World Fund Class 529A (X) | | | | | | | | | |
| 162. -Washington Mutual Investors Fund Class 529A (X) | | | | | | | | | |
| 163. Trust #5 (X) | E | Int./Div. | O | T | | | | | |
| 164. -Bank USA Dep Acct (X) | | | | | | | | | |
| 165. -American Funds New World Fund Cl A (X) | | | | | | | | | |
| 166. -American Funds Amcap Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 167. -American Funds Fundamental Investors Fund Cl A (X) | | | | | | | | | |
| 168. -American Funds Growth Fund of America Class A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 169. -American Funds Washington Mutual Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 170. -First Eagle Fund of America Fund Class C (X) | | | | | Buy | 01/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -First Eagle Overseas Fund Class C (X) | | | | | Buy | 01/24/13 | J | | |
| 172.  -SPDR Gold Trust (X) | | | | | | | | | |
| 173.  -American Funds American Balanced Fund Cl A (X) | | | | | | | | | |
| 174.  -American Funds Income Fund of America Cl A (X) | | | | | Buy (add'l) | 03/18/13 | J | | |
| 175. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 176. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 177. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 178.  -First Eagle Global Fund Class C (X) | | | | | Buy | 01/24/13 | J | | |
| 179.  -First Eagle Gold Fund Class C (X) | | | | | Sold (part) | 01/24/13 | K | | |
| 180. | | | | | Sold | 10/09/13 | J | | |
| 181.  -American Funds American High Income Muni Bond (X) | | | | | Sold | 02/07/13 | K | C | |
| 182.  Trust #6 (X) | E | Int./Div. | P1 | T | | | | | |
| 183.  -RMA Tax-Free Fund (X) | | | | | | | | | |
| 184.  -IShares Russell 2000 ETF (X) | | | | | | | | | |
| 185.  -IShares Russell Midcap ETF (X) | | | | | | | | | |
| 186.  -American Funds New World Fund Cl A (X) | | | | | | | | | |
| 187.  -American Funds Amcap Fund Cl A (X) | | | | | Buy (add'l) | 06/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 189. -American Funds Fundamental Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 190. -American Funds Growth Fund of America Class A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 191. -First Eagle Fund of America Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 192. -First Eagle Overseas Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 193. -First Eagle Gold Fund Class C (X) | | | | | Sold (part) | 01/24/13 | K | B | |
| 194. -American Funds American High Income Muni Bond Fund Cl A (X) | | | | | | | | | |
| 195. -American Funds Intermediate Bond Fund of America Cl A (X) | | | | | | | | | |
| 196. -Nuveen Diversified Commodity Fund (X) | | | | | | | | | |
| 197. -Spdr Gold Trust (X) | | | | | | | | | |
| 198. -American Funds American Balanced Fund Cl A (X) | | | | | | | | | |
| 199. -American Funds Income Fund of America Cl A (X) | | | | | | | | | |
| 200. -First Eagle Global Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 201. -American Funds Limited Term Tax-Exempt Bond (X) | | | | | Sold | 02/07/13 | J | A | |
| 202. -American Funds Intermediate Bond (X) | | | | | Sold | 02/07/13 | K | A | |
| 203. IRA #6 (X) | F | Int./Div. | P1 | T | | | | | |
| 204. -Bank USA Dep Acct (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 27

Name of Person Reporting

Rovner, Ilana D.

Date of Report

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -American Funds New World Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 206.  -American Funds Amcap Fund Cl A (X) | | | | | Buy (add'l) | 06/17/13 | J | | |
| 207. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 208.  -American Funds American Mutual Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 209.  -American Funds Fundamental Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 210.  -American Funds Growth Fund of America Class A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 211.  -American Funds New Perspective Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 212.  -American Funds Washington Mutual Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 213.  -First Eagle Fund of America Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 214.  -First Eagle Overseas Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 215.  -First Eagle Gold Fund Class C (X) | | | | | Sold (part) | 01/24/13 | K | B | |
| 216.  -Nuveen Diversified Commodity Fund (X) | | | | | | | | | |
| 217.  -Spdr Gold Trust (X) | | | | | | | | | |
| 218.  -First Eagle Global Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 219.  IRA #7 (X) | F | Int./Div. | P1 | T | | | | | |
| 220.  -Bank USA Dep Acct (X) | | | | | | | | | |
| 221.  -American Funds New World Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -American Funds Amcap Fund Cl A (X) | | | | | Buy (add'l) | 06/17/13 | J | | |
| 223. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 224. -American Funds American Mutual Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 225. -American Funds Fundamental Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 226. -American Funds Growth Fund of America Class A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 227. -American Funds New Perspective Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 228. -American Funds Washington Mutual Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 229. -First Eagle Fund of America Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 230. -First Eagle Overseas Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 231. -First Eagle Gold Fund Class C (X) | | | | | Sold (part) | 01/24/13 | K | B | |
| 232. -Nuveen Diversified Commodity Fund (X) | | | | | | | | | |
| 233. -SPDR Gold Trust (X) | | | | | | | | | |
| 234. -First Eagle Gobal Fund Class C (X) | | | | | Buy | 01/24/13 | K | | |
| 235. IRA #4 (X) | E | Int./Div. | O | T | | | | | |
| 236. -Bank USA Dep Acct (X) | | | | | | | | | |
| 237. -Guggenheim S &P 500 Equal Weight ETF (X) | | | | | Buy | 11/12/13 | K | | |
| 238. -Ishares Russell 2000 ETF (X) | | | | | Buy (add'l) | 10/30/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Ishares MSCI Emerging Markets ETF (X) | | | | | | | | | |
| 240. -Spdr S&P Dividend ETF (X) | | | | | Buy | 11/12/13 | K | | |
| 241. -Wisdomtree Emerging Markets (X) | | | | | | | | | |
| 242. -Fidelity Advisor New Insights Fund Class A (X) | | | | | Buy (add'l) | 12/16/13 | J | | |
| 243. -First Eagle Fund of America Fund Class A (X) | | | | | Buy | 01/24/13 | K | | |
| 244. -First Eagle Overseas Fund Class A (X) | | | | | Buy (add'l) | 12/18/13 | J | | |
| 245. -Ivy Mid Cap Growth Fund Class A (X) | | | | | Buy (add'l) | 12/13/13 | J | | |
| 246. -Neuberger Berman Genesis Fund Investor Class (X) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 247. -Perkins Mid Cap Value Fund A (X) | | | | | Buy (add'l) | 12/20/13 | J | | |
| 248. -Teton Westwood Mighty Mites Fund Class AAA (X) | | | | | Buy (add'l) | 11/27/13 | J | | |
| 249. -Ivy Asset Strategy Fund Class A (X) | | | | | Sold (part) | 10/25/13 | J | A | |
| 250. -First Eagle Gold Fund Class A (X) | | | | | Sold | 01/24/13 | K | | |
| 251. -SPDR Gold Trust (X) | | | | | Sold | 10/29/13 | K | D | |
| 252. IRA #9 (X) | F | Int./Div. | P1 | T | | | | | |
| 253. -Bank USA Dep Acct (X) | | | | | | | | | |
| 254. -Ishares Russell 1000 ETF (X) | | | | | | | | | |
| 255. -Ishares Russell 2000 ETF (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Ishares Russell Midcap ETF (X) | | | | | | | | | |
| 257. -Wisdomtree Emerging Markets (X) | | | | | | | | | |
| 258. -American Funds Amcap Fund Cl A (X) | | | | | Buy (add'l) | 06/17/13 | J | | |
| 259. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 260. -American Funds Smallcap World Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 261. -American Funds American Mutual Fund Cl A (X) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 262. -American Funds Fundamental Investors Fund Cl A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 263. -American Funds Growth Fund of America Class A (X) | | | | | Buy (add'l) | 12/19/13 | J | | |
| 264. -American Funds New Perspective Fund Cl A (X) | | | | | Buy (add'l) | 12/27/13 | J | | |
| 265. -American Funds Washington Mutual (X) | | | | | Buy (add'l) | 03/25/13 | J | | |
| 266. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 267. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 268. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 269. -Investors Fund Cl A (X) | | | | | | | | | |
| 270. Brokerage #1 (H) (X) | None | J | | | | | | | |
| 271. -Admiral Trsy Money Mkt (X) | | | | | | | | | |
| 272. -Tax-Exempt Money Mkt (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. IRA #10 (X) (Vanguard Funds) | B | Dividend | L | T | | | | | |
| 274. -Total Stock Mkt Idx Adm (X) | | | | | | | | | |
| 275. Brokerage #2 (X) | A | Int./Div. | J | T | | | | | |
| 276. -Admiral Trsy Money Mkt (X) | | | | | | | | | |
| 277. -Federal Money Mkt Fund (X) | | | | | | | | | |
| 278. -Tax-Exempt Money Mkt (X) | | | | | | | | | |
| 279. IRA #11 (X) (Vanguard Funds) | E | Dividend | O | T | | | | | |
| 280. | D | Distribution | | | | | | | |
| 281. -Admiral Trsy Money Mkt (X) | | | | | | | | | |
| 282. -Convertible Securities (X) | | | | | Distributed | 11/13/13 | L | | To Dividend Growth Fund |
| 283. -Dividend Growth Fund (X) | | | | | Open | 11/13/13 | L | | From Convertible Securitie |
| 284. | | | | | Open | 12/10/13 | K | | From Prime Money Mkt Fund |
| 285. -GNMA Fund Admiral Shares (X) | | | | | Distributed (part) | 11/13/13 | M | | To Prime Money Mkt Fund |
| 286. -Inflation-Protect Sec Adm (X) | | | | | Distributed | 11/13/13 | L | | To STerm Inf Pro Sec Idx A |
| 287. -Precious Metals & Mining (X) | | | | | Distributed (part) | 11/13/13 | K | | To Prime Money Mkt Fund |
| 288. -Prime Money Mkt Fund (X) | | | | | Open | 11/13/13 | K | | From Precious Metals & Min |
| 289. | | | | | Open | 11/13/13 | L | | From Wellesley Income Fund |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Open | 11/13/13 | M | | From GNMA Fund Admiral Sha |
| 291. | | | | | Open | 11/13/13 | L | | From Short-Term Invest Gr |
| 292. | | | | | Distributed (part) | 11/26/13 | J | | |
| 293. | | | | | Distributed (part) | 12/10/13 | J | | |
| 294. | | | | | Distributed (part) | 12/10/13 | K | | To Dividend Growth |
| 295. | | | | | Distributed (part) | 12/13/13 | K | | To Vanguard High Dividend |
| 296. -Selected Value Fund (X) | | | | | Open | 11/13/13 | K | | From Wellesley Income Fund |
| 297. -Short-Term Invest Gr Adm (X) | | | | | Distributed (part) | 11/13/13 | L | | To Prime Money Mkt Fund |
| 298. -STerm Inf Pro Sec Idx Adm (X) | | | | | Open | 11/13/13 | L | | From Inflation-Protect Sec |
| 299. -Wellesley Income Fund Adm (X) | | | | | Distributed (part) | 11/13/13 | K | | To Selected Value Fund |
| 300. | | | | | Distributed (part) | 11/13/13 | K | | To Windsor II Fund Adm |
| 301. | | | | | Distributed (part) | 11/13/13 | L | | To Prime Money Mkt Fund |
| 302. -Windsor II Fund Adm (X) | | | | | Open | 11/13/13 | K | | From Wellesley Income Fund |
| 303. -Dividend Appreciation ETF (X) | | | | | | | | | |
| 304. -High Dividend Yield ETF (X) | | | | | Open | 12/13/13 | K | | From Prime Money Mkt Fund |
| 305. Brokerage #3 (X) | B | Int./Div. | J | T | | | | | |
| 306. -United Finl Bancorp Inc Md Com (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -MFS Utilities Class A (X) | | | | | | | | | |
| 308. -Fidelity Mass Muni Money Market (X) | | | | | | | | | |
| 309. IRA #12 (X) | D | Int./Div. | N | T | | | | | |
| 310. -Vanguard Appreciation Index Fd Viper SHS (X) | | | | | | | | | |
| 311. -Vanguard Consumer Staples Vipers (X) | | | | | | | | | |
| 312. -Vanguard Utils Vipers (X) | | | | | | | | | |
| 313. -Oppenheimersteelpath MLP Income Cl Y (X) | | | | | | | | | |
| 314. -Fidelity Government Money Market (X) | | | | | | | | | |
| 315. IRA #13 (X) | E | Int./Div. | P1 | T | | | | | |
| 316. | G | Distribution | | | | | | | |
| 317. -Berkshire Hathaway Inc Del Cl B (X) | | | | | | | | | |
| 318. -BHP Billiton Limited ADR Each Rep 2 Ord (X) | | | | | | | | | |
| 319. -Blackrock Real Asset Equity Tr Com (X) | | | | | | | | | |
| 320. -Currency Shares Swiss Franc Tr Swiss (X) | | | | | | | | | |
| 321. -CEF DWS RREEF Real Estate Fund II (X) | | | | | | | | | |
| 322. -IShares Silver Tr Ishares (X) | | | | | | | | | |
| 323. -IShares Msci Canada ETF (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Ishares Russell Midcap (X) | | | | | | | | | |
| 325. -Ishares Core S&P Small Cap ETF (X) | | | | | | | | | |
| 326. -Ishares Global Materials ETF (X) | | | | | | | | | |
| 327. -Powershares QQQ Tr Unit Ser 1 (X) | | | | | | | | | |
| 328. -Procter & Gamble Co (X) | | | | | | | | | |
| 329. -SPDR Gold Tr Gold SHS (X) | | | | | | | | | |
| 330. -Vanguard Intl Equity Index Fds Ftse Emerging Mkts ETF (X) | | | | | | | | | |
| 331. -Western Union Co Com | | | | | | | | | |
| 332. -Direxion/Wilshire Dynamic Class A (X) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 333. -Sprtn Total Mkt Indx Fid Advantage Class (X) | | | | | | | | | |
| 334. -Fidelity Contrafund (X) | | | | | Buy (add'l) | 12/13/13 | J | | |
| 335. -Fidelity Low Priced Stock (X) | | | | | Buy (add'l) | 09/06/13 | J | | |
| 336. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 337. -Manning & Napier World Oppt Ser Cl A (X) | | | | | | | | | |
| 338. -American Century Int'l Bond Inv Cl (X) | | | | | | | | | |
| 339. -Federated Prudent Dollar Bear Cl A (X) | | | | | | | | | |
| 340. -Fidelity Floating Rate High Income (X) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Fidelity Government Income (X) | | | | | Sold (part) | 05/16/13 | K | | |
| 342. | | | | | Sold (part) | 06/11/13 | J | D | |
| 343. -Permanent Portfolio (PRPFX) (X) | | | | | | | | | |
| 344. -Pimco All Asset All Authority Cl D (X) | | | | | Buy (add'l) | 12/30/13 | J | | |
| 345. -Pimco All Asset Fund Class D (X) | | | | | Buy (add'l) | 12/30/13 | J | | |
| 346. -Fidelity Treasury Only Money Market Fd (X) | | | | | Sold (part) | 04/23/13 | K | | |
| 347. | | | | | Sold (part) | 05/15/13 | L | | |
| 348. | | | | | Sold (part) | 11/25/13 | J | | |
| 349. -Pimco Commodity Real Return Cl D (X) | | | | | Buy (add'l) | 12/11/13 | J | | |
| 350. -Fidelity Cash Reserves (X) | | | | | | | | | |
| 351. Brokerage #4 (X) | A | Int./Div. | | | Closed | 11/30/13 | J | | |
| 352. -Ishares Barclays Tipset Bond Fund (X) | | | | | Sold | 09/19/13 | J | B | |
| 353. -Ishares Gold Trust IAU (X) | | | | | Sold | 09/19/13 | J | C | |
| 354. -SPDR S&P MidCap 400 ET Trust Series (X) | | | | | Sold | 10/02/13 | K | D | |
| 355. -American Fds Global Balanced FD CL F-1(X) | | | | | Sold | 10/02/13 | K | C | |
| 356. Bank Account #1 (X) | | None | K | T | | | | | |
| 357. President & Fellows of Harvard - Trusts & Gifts Department (X) | B | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. | | | | | | | | | |
| 360. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Judge Ilana Rovner married in 2013, therefore many new investment accounts were added during 2013, that were not previously reported in 2012. All investments that were not previously reported on the 2012 are marked with an "(X)".

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ilana D. Rovner**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544